AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| DANIEL HUG | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:15-cv-5659 JRC |
| DIRECTV, INC. | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DirecTV, INC
2230 East Imperial Highway
El Segundo, California 90245

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sharon D. Cousineau
Samwel Cousineau, PC
700 West Evergreen Boulevard
Vancouver, Washington 98660

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Mary Vent*

Date:  09/15/2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:15-cv-5659 JRC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DIRECTV, INC.
was received by me on *(date)* Oct. 6, 2015.

☐ I personally served the summons on the individual at *(place)* _____
   on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
   on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* KIMBERLY B., ASSISTANT, who is designated by law to accept service of process on behalf of *(name of organization)* DIRECTV, INC.
   on *(date)* 10/6/15 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 85.00 for services, for a total of $ 85.00

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

GABRIELA MELENDEZ
REGISTERED PROCESS SERVER
LOS ANGELES COUNTY #5644
D + T LEGAL SERVICES
P.O. BOX 5383, WALNUT CREEK, CA 94596
*Server's address*

Additional information regarding attempted service, etc: